NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CECELIA AGABITI,

       Plaintiff,

v.

HOME DEPOT CORPORATION, *et al.*,

       Defendants.

Civ. No. 13-4499

ORDER

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this 19th day of November, 2015,

ORDERED that Judge Goodman's Report and Recommendation (ECF No. 81) is ADOPTED; and it is further

ORDERED that Plaintiff's Amended Complaint (ECF No. 61) is DISMISSED with prejudice; and it is further

ORDERED that this matter shall be closed.

                                                                   /s/ Anne E. Thompson
                                                                 ANNE E. THOMPSON, U.S.D.J.